UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-cr-00241-KJN |
| Plaintiff, | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | |
| KYLE L. MOODY, | DATE:  February 16, 2022 |
| | TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-cr-00241-KJN is GRANTED.

It is further ordered that the status conference scheduled on February 16, 2022, at 9:00 a.m., is vacated.

IT IS SO ORDERED.

Dated:  February 10, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order to Dismiss and
Vacate initial appearance                          1                          U.S. v. Kyle L. Moody